UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| **Ridgeway Avenue Trust , Trust No, 145,** | : Miscellaneous Proceeding 24-03002 (PMM) |
| | : |
| **Debtor .** | : |

## ORDER TO SHOW CAUSE WHY PROCEEDING SHOULD NOT BE DISMISSED AND BAR ORDER ENTERED

**AND NOW** upon consideration of the Debtor's purported chapter 7 filing docketed as a Miscellaneous Proceeding on February 15, 2024 (the "Current Matter");

**AND** the Debtor's previous chapter 7 bankruptcy case having been dismissed on July 21, 2023 for Debtor's failure to retain counsel to represent the Debtor in federal court (see doc. #'s 8,10 in case 23-11442);

**AND** the Current Matter also having been filed without representation by counsel;

**AND** a review of the bare schedules and statements filed with the Current Matter indicate that the Debtor may have filed again without the intent of pursuing a legitimate bankruptcy purpose;

It is, therefore, hereby **ORDERED** that:

1. The Debtor **SHALL APPEAR** for a hearing on **Wednesday, March 13, 2024 at 9:30 a.m**. **in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107** and show cause why this case should not be **<u>dismissed with a one year bar as having been filed in bad faith</u>**; and

2. Failure to appear for the hearing may result in **dismissal** of this case **and entry of a one year bar** without further notice or hearing.

*Patricia M. Mayer*

**Date:   2/16/24**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Ridgeway Avenue Trust , Trust No, 145
3152 Little Road
#108
Trinity, FL 34655